USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
IN RE: OLEKSANDER P. FURDA :
:
-------------------------------------------------------------- X

1:26-cv-6406-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 28, 2026, Appellant Hughes Federal Credit Union file a motion for leave to file an appeal. Dkt. No. 3. That same day, Oleksander P. Furda filed an opposition to the motion. Dkt. No. 4. Appellant's reply, if any, is due no later than August 11, 2026.

SO ORDERED.

Dated: July 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge