USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
IN RE: OLEKSANDER P. FURDA :
:
------------------------------------------------------------------ :X

1:26-cv-6406-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 28, 2026, Appellant Hughes Federal Credit Union filed a motion for leave to file an appeal. Dkt. No. 3. That same day, Oleksander P. Furda filed an opposition to the motion. Dkt. No. 4. On August 10, 2026, Appellant Hughes Federal Credit Union filed a reply. Dkt. No. 8.

The Court has reviewed the parties' submissions. The Court will hold a hearing with respect to this matter on August 25, 2026 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is directed to mail a copy of this order to Oleksander P. Furda.

SO ORDERED.

Dated: August 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge