USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: OLEKSANDER P. FURDA

1:26-cv-6406-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 22, 2026, Appellant Hughes Federal Credit Union filed a motion seeking dismissal of this appeal. Dkt. No. 13. The Court understands that Appellant wishes to voluntarily dismiss this appeal because it has been rendered moot by the Bankruptcy Court's August 27, 2026 order granting the debtor's motion for contempt in part, *id.*, Ex. A, and by Appellant's certification of compliance with that order, *id.*, Ex. B. Appellee Oleksander P. Furda consents to the relief requested by Appellant's motion. *Id.* at 4. Accordingly, this case is dismissed pursuant to Fed. R. Bankr. P. 8023(b). The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

SO ORDERED.

Dated: September 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge